FILED
MAY 07 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Mark B. Greenlee<br>17403 Neff Road<br>Cleveland, OH 44119<br>　　　　Plaintiff, Pro Se<br><br>Federal Deposit Insurance Corporation<br>Executive Secretary<br>550 17th Street, NW.<br>Washington, DC 20429<br>　　　　Defendant | Case No. 1:25 CV 00924<br><br>JUDGE CALABRESE |

MOTION FOR PRO SE LITIGANT TO SUBMIT AND VIEW ELECTRONIC FILINGS

Mark B. Greenlee, pro se plaintiff in the above captioned case, hereby moves for permission to submit and view documents through the court's electronic filing system. Plaintiff consents to receiving electronic notice of filings through the system.

In 2022, Plaintiff registered as an inactive attorney with the Supreme Court of Ohio. Inactive attorneys may not practice law in Ohio or hold themselves out as authorized to practice law in Ohio. Plaintiff only represents himself in this matter. Plaintiff is familiar with the PACER system.

If permission is granted, plaintiff will register with the Clerk for an account on the Northern District of Ohio Electronic Filing System and establish and will establish a PACER account.

Dated: May 7, 2025

　　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　　　*Mark B Greenlee*
　　　　　　　　　　　　　　　　　　/s/ Mark B. Greenlee Pro Se
　　　　　　　　　　　　　　　　　　17403 Neff Road
　　　　　　　　　　　　　　　　　　Cleveland, OH 44119
　　　　　　　　　　　　　　　　　　(216) 218-5875
　　　　　　　　　　　　　　　　　　markgreenlee2020@gmail.com

1